DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID RAFAEL ANTONETTI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2368

_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; G. Gregory
Green, Judge.

Bryant R. Camareno of Bryant R. Camareno, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.